MOED-0001

DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _____ hereby discloses the following organizational interests:

1.       If the subject organization is a corporation,

        a.      Its parent companies or corporations (if none, state "none"):

        b.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

        c.      Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2.       If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

      Sole Member:  Lumeris Holdings, LLC - a Delaware limited liability company

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name:  _____
Address:  _____
City/State/Zip:  _____
Phone:  _____

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20_____.

_____
Signature